IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA THOMPSON, | No. 2:22-CV-1147-DAD-DMC |
| Plaintiff, | |
| v. | ORDER |
| OROVILLE HOSPITAL, et al., | |
| Defendants. | |

Plaintiff, who is proceeding with retained counsel, brings this civil action. The matter is set for a scheduling conference on November 2, 2022, at 10:00 a.m., before the undersigned in Redding, California. Pending before the Court is Defendants' request, ECF No. 13, to appear remotely. Good cause appearing therefor, the request is granted, and it is the order of this Court that this Scheduling Conference will be conducted by phone. At the time designated for the Scheduling Conference, all counsel shall call (877) 336-1274 and enter access code 5444373.

IT IS SO ORDERED.

Dated: October 26, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1