UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

ANDREA THOMPSON,

PLAINTIFF,

v.

OROVILLE HOSPITAL, EDIE FISCHER,
ROBERT WENTZ and DOES 1-50, inclusive,

DEFENDANTS,

Case No.  2:22-cv-01147-DAD-DMC

ORDER APPROVING STIPULATION TO
CONTINUE SETTLEMENT
CONFERENCE

### **ORDER**

Based on the Joint Stipulation of the parties, and good cause appearing therefor, **IT IS ORDERED** that the Settlement Conference currently scheduled for July 18, 2023, be and hereby is continued to July 25, 2023, at 9:00 a.m. before the undersigned in Redding, California.

**IT IS SO ORDERED**

**Dated:  February 1, 2023**

_____
DENNIS          M.          COTA
UNITED STATES MAGISTRATE JUDGE