# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA THOMPSON, | No. 2:22-CV-1147-DAD-DMC |
| Plaintiff, | |
| v. | ORDER |
| OROVILLE HOSPITAL, et al., | |
| Defendants. | |

Plaintiff, who is proceeding with retained counsel, brings this civil action. A settlement conference is scheduled for July 25, 2023, at 9:00 a.m. in Redding, California, before the undersigned. The parties are directed to each submit a confidential settlement conference statement <u>directly to chambers</u> by July 18, 2023. These statements <u>shall not be filed</u>. Unless otherwise notified by the undersigned, counsel shall be accompanied by a person able to dispose of the case or be fully authorized to settle the matter on any terms. <u>See</u> Local Rule 270(f)(1). Concurrent with their settlement conference statement, the parties shall execute and <u>file</u> the attached Waiver of Disqualification.

Dated: May 17, 2023

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA THOMPSON,<br><br>    Plaintiff,<br><br>  v.<br><br>OROVILLE HOSPITAL, et al.,<br><br>    Defendants. | No. 2:22-CV-1147-DAD-DMC |

<u>WAIVER OF DISQUALIFICATION</u>

      Pursuant to Eastern District of California Local Rule 270(b), the parties to the herein action affirmatively request that the assigned Magistrate Judge participate in the settlement conference and further, the parties waive any claim of disqualification to Judge Cota thereafter hearing and determining matters in this case in accordance with 28 U.S.C. § 636(b)(1) and Eastern District of California Local Rule 302.

DATED: _____      _____
                                                    By:   For Plaintiff(s)

DATED: _____      _____
                                                    By:   For defendant(s)