IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA THOMPSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>OROVILLE HOSPITAL, et al.,<br><br>　　　　　Defendants. | No. 2:22-CV-1147-DMC<br><br><br>ORDER |

　　　　　Plaintiff, who is proceeding with retained counsel, brings this civil action. Upon consent of the parties and reassignment by the District Judge, this matter is ready for evaluation of modification of the current scheduling order, issued on November 3, 2022. Accordingly, an initial scheduling conference is set for October 18, 2023, at 10:00 a.m., before the undersigned in Redding, California. The parties shall meet and confer and file a <u>joint</u> scheduling conference report consistent with the Court's July 1, 2022, order at ECF No. 3 on or before October 11, 2023. Requests to appear remotely, either by telephone conference or Zoom video conference, must be

/ / /

/ / /

/ / /

/ / /

/ / /

made in writing on or before October 11, 2023, and will only be granted upon a showing of good cause.

        IT IS SO ORDERED.

Dated: August 16, 2023

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE