IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA THOMPSON,<br><br>Plaintiff,<br><br>v.<br><br>OROVILLE HOSPITAL, et al.,<br><br>Defendants. | No. 2:22-CV-1147-DMC<br><br><br><br>ORDER |

Plaintiff, who is proceeding with retained counsel, brings this civil action. Plaintiff has filed a notice of voluntary dismissal with prejudice following resolution of this case at a settlement conference held on May 1, 2024.  See ECF No. 38.  Good cause appearing therefor, this action is dismissed with prejudice.  See Fed. R. Civ. P. 41(a)(2).  The Clerk of the Court is directed to terminate ECF No. 38 as a pending motion and to close this file.

IT IS SO ORDERED.

Dated:  June 3, 2024

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1